# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 14-05041-01-CR-SW-DGK |
| MICHAEL DEAN RAY, ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court are Defendant's Motion to Dismiss Indictment (Doc. 23), the Government's opposition (Doc. 24), the Defendant's reply (Doc. 25), United States Magistrate Judge David P. Rush's Report and Recommendation recommending that the motion be denied (Doc. 26), and Defendant's objection to the Report and Recommendation (Doc. 27).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, it is hereby ORDERED that Magistrate Judge Rush's Report and Recommendation is ADOPTED. Defendant's Motion to Dismiss (Doc. 23) is hereby DENIED.

**IT IS SO ORDERED.**

Date: September 3, 2015        /s/ Greg Kays
                               GREG KAYS, JUDGE
                               UNITED STATES DISTRICT COURT